IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JOHN STOCKTON, JR., | ) | C 11-27784 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTIONS FOR RECONSIDERATION |
| vs. | ) ) | |
| DERREL ADAMS, | ) ) | (Docket Nos. 36, 37, 39, 40) |
| Respondent. | ) ) | |

Petitioner, a California prisoner proceeding pro se, filed a federal petition for writ of habeas corpus challenging his 2009 gang validation. On February 20, 2015, the court denied the petition and denied a certificate of appealability. On February 27, 2015, petitioner filed a motion for reconsideration, and motion for leave to file a motion for reconsideration.

Rule 60(b) of the Federal Rules of Civil Procedure provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence that by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud by the adverse party; (4) the judgment is void; (5) satisfaction of the judgment; or (6) any other reason justifying relief. See Fed. R. Civ. P. 60(b); School Dist. 1J v. ACandS Inc., 5 F.3d 1255, 1263 (9th Cir.1993). Although couched in broad terms, subparagraph (6) requires a showing that the grounds justifying relief are

Order Denying Motions for Reconsideration
P:\PRO-SE\RMW\HC old\HC.11\Stockton562denrec.wpd

1 | extraordinary.  <u>Twentieth Century - Fox Film Corp. v. Dunnahoo</u>, 637 F.2d 1338, 1341 (9th Cir.
2 | 1981).

3 |      Rule 60(b)(6) affords courts the discretion and power "to vacate judgments whenever
4 | such action is appropriate to accomplish justice." <u>Phelps v. Alameida</u>, 569 F.3d 1120, 1135 (9th
5 | Cir. 2009).  In applying Rule 60(b)(6) to petitions for habeas corpus, the Ninth Circuit has
6 | considered the following factors to guide its exercise of its Rule 60(b)(6) discretion:  (1) a
7 | showing of extraordinary circumstances, such as a change in intervening law; (2) the petitioner's
8 | exercise of diligence in pursuing the issue during federal habeas proceedings; (3) interest in
9 | finality; (4) delay between the finality of the judgment and the motion for Rule 60(b)(6) relief;
10 | (5) degree of connection between the extraordinary circumstance and the decision for which
11 | reconsideration is sought; and (6) comity.  <u>See id.</u> (granting 60(b)(6) relief where the core issue
12 | in petition was not settled until fifteen months after the appeal became final at which point it
13 | became clear that petitioner's interpretation of the issue was the correct one).

14 |      In the present motions, petitioner does not indicate what provision of Rule 60(b) applies
15 | to his case.  Petitioner does not make a showing of mistake, inadvertence, surprise or excusable
16 | neglect.  He does not set forth any newly discovered evidence, fraud, or any grounds for finding
17 | that the judgment is void or has been satisfied.  Nor does he set forth any other reason justifying
18 | relief.  The court has reviewed and considered petitioner's motions as well as its order denying
19 | the petition, and concluded that petitioner is not entitled to relief.  Accordingly, the motion for
20 | leave to file a motion for reconsideration, as well as the motion for reconsideration are DENIED.

21 |      Petitioner has also failed to make a substantial showing that his claims amounted to a
22 | denial of his constitutional rights, or demonstrate that a reasonable jurist would find the denial of
23 | his claims debatable or wrong.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Accordingly, a
24 | certificate of appealability is DENIED.

25 |      IT IS SO ORDERED.
26 | DATED:  _____  *[signature: Ronald M. Whyte]*
27 |                                       RONALD M. WHYTE
                                      United States District Judge
28 |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JOHN STOCKTON JR,

       Plaintiff,

  v.

DERREL G ADAMS et al,

       Defendant.

Case Number: CV11-05562 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert John Stockton J-80992
C7-105
HDSP
P.O. Box 3030
Susanville, CA 96127

Dated: August 11, 2015

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk